United States District Court
Southern District of Texas
**ENTERED**
July 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LUIS ROLDAN-CERDA | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:26-CV-122 |
| | § | |
| MARKWAYNE MULLIN, | § | |
| SECRETARY OF THE DEPARTMENT | § | |
| OF HOMELAND SECURITY; ET AL. | § | |
| | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the magistrate judge's Report and Recommendation regarding Luis Roldan-Cerda's action pursuant to 28 U.S.C. § 2241. After having reviewed the Report and Recommendation, and after appropriate review of Petitioner's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry No. 12 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus and Advisory (Dkt. No. 6), should be **GRANTED** and the Clerk's Office shall close said matter.

The Clerk shall send a copy of this Order to counsel for Plaintiff and counsel for Defendant.

SO ORDERED July 20, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge

1 / 1